[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Marvin Bowman )
)
_____ )
)
_____ )
(Name of the plaintiff or plaintiffs) )
)
v. )
)
City of Chicago Board of Education )
)
Ali Muhammad )
)
Law Department C/o Elizabeth Banton )
(Name of the defendant or defendants) )

FILED
JUN - 4 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CIVIL ACTION

21-CV-03015
Judge Edmond E. Chang
Magistrate Judge Maria Valdez

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is __Marvin Bowman__ of the county of __Cook__ in the state of __Illinois__.

3. The defendant is __City of Chicago Board of Education and Ali Muhammad__, whose street address is __1 North Dearborn, Suite 900 Chicago, IL 60602__,
(city) __Chicago__ (county) __Cook__ (state) __Illinois__ (ZIP) __60602__
(Defendant's telephone number) (__773__) – __553-1700__

4. The plaintiff sought employment or was employed by the defendant at (street address) __821 E. 103rd Str__ (city) __Chicago__
(county) __Cook__ (state) __IL__ (ZIP code) __60628__

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:21-cv-03015 Document #: 1 Filed: 06/04/21 Page 2 of 8 PageID #:2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☑ was hired and is still employed by the defendant.

    (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) September , (day) 10 , (year) 2017 . until present.

7. 1  (*Choose paragraph 7.1 or 7.2, do not complete both.*)

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ has not ☑ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i) ☑ the United States Equal Employment Opportunity Commission, on or about (month) March (day) 31 (year) 2021 .

    (ii) ☑ the Illinois Department of Human Rights, on or about (month) January (day) _____ (year) 2021 .

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☑ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

    It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2  The defendant is a federal governmental agency, and
    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ YES ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☑ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) March (day) 31 (year) 2021 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [***check only those that apply***]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☒ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☒ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☒ other (specify): After 3 years of filing grievances for large amounts of special needs students being

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:21-cv-03015 Document #: 1 Filed: 06/04/21 Page 5 of 8 PageID #:5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Crammed into some of my classes, I filed a complaint with the Illinois State Board of Education. I was already being harassed and retaliated against, and this school year it became worse. I also had to lobby for a second time for Holiday Pay.

13. The facts supporting the plaintiff's claim of discrimination are as follows:

When Ali Muhammad became principal of Corliss H.S., I began receiving unusually high numbers of special needs students in certain classes of mine. Knowing State special needs laws and union rights, I immediately said something about this to the Principal. For the next 4 years I have been repeatedly harassed, retaliated against and discriminated against.

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☑ YES  ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a) ☐ Direct the defendant to hire the plaintiff.

    (b) ☐ Direct the defendant to re-employ the plaintiff.

    (c) ☐ Direct the defendant to promote the plaintiff.

    (d) ☑ Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f) ☑ Direct the defendant to (specify): Comply with laws that regulate the education of special needs students;

5

Case: 1:21-cv-03015 Document #: 1 Filed: 06/04/21 Page 6 of 8 PageID #:6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_award damages for the retaliatory behavior that they have exhibited towards the plaintiff, stop the discriminatory behavior towards the plaintiff and provide relief for the 4 years of students who were denied equitable education._

(g) [✓] If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) [✓] Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_Marvin Bowman_

(Plaintiff's name)

_Marvin Bowman_

(Plaintiff's street address)

_10555 S. Rhodes_

(City) _Chicago_ (State) _Illinois_ (ZIP) _60628_

(Plaintiff's telephone number) (_773_) – _620_ – _6532_

Date: _6/4/21_

6

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2021-02831 |
|---|---|---|

**ILLINOIS DEPARTMENT OF HUMAN RIGHTS** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**MR. MARVIN BOWMAN** | Home Phone<br>**(773) 620-6532** | Year of Birth<br>**1974** |
|---|---|---|

Street Address: **10555 S. RHODES, CHICAGO, IL 60628**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**CHICAGO PUBLIC SCHOOLS** | No. Employees, Members<br>**501+** | Phone No.<br>**(773) 553-1000** |
|---|---|---|

Street Address: **CORLISS HIGH SCHOOL, 821 E 103RD ST, CHICAGO, IL 60628**

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE  ☐ COLOR  ☐ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **03-18-2021**   Latest: **03-18-2021**
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent in or around 2004. My most recent position is Regular Classroom Education Teacher. During my employment, I was harassed and subjected to different terms and conditions of employment, including, but not limited to, being assigned additional special education students and had my pay withheld.

I have been discriminated against because of my advocacy in speaking up for myself and the special needs students who's rights have been violated just as mine have. I believe I have been discriminated against because of my religion, Bible Christian, and retaliated against, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

**Digitally signed by Marvin Bowman on 03-27-2021 02:30 PM EDT**

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EEOC Form 161 (11/2020)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Marvin Bowman<br>10555 S. Rhodes<br>Chicago, IL 60628 | From: | Chicago District Office<br>230 S. Dearborn<br>Suite 1866<br>Chicago, IL 60604 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2021-02831 | Jerry Zhang,<br>Investigator | (312) 872-9694 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

- NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Julianne Bowman/eh*        3/31/2021

Enclosures(s)
       **Julianne Bowman,**
       **District Director**      (Date Issued)

cc: **CITY OF CHICAGO BOARD OF EDUCATION**
**LAW DEPARTMENT**
**C/O Elizabeth Barton**
**Senior Assistant General Counsel**
**1 North Dearborn, Suite 900**
**Chicago, IL 60602**