SM

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Marvin Bowman

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Sheila Jones Coleman
Principal Ali Muhammad
City of Chicago, Board of Education

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**FILED**

JUN - 9 2021 MO

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No: 21-CV-03015
(To be supplied by the <u>Clerk of this Court</u>)

Judge Edmond E. Chang
Magistrate Judge Maria Valdez

**CHECK ONE ONLY:**            **AMENDED COMPLAINT**

\_\_\_\_\_    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

\_\_\_\_\_    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

✓    **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: Marvin Bowman

   B. List all aliases: _____

   C. Prisoner identification number: _____

   D. Place of present confinement: _____

   E. Address: 10555 S. Rhodes, Chicago, IL 60628

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: City of Chicago Board of Education
      Title: Law Department c/o Elizabeth Banton Senior Asst Gen. Counsel
      Place of Employment: 1 North Dearborn Suite 900 Chgo, IL 60602

   B. Defendant: Ali Muhammad Principal Corliss H.S.
      Title: Principal Corliss H.S.
      Place of Employment: 1 North Dearborn Suite 900, Chgo, IL 60602

   C. Defendant: Sheila Jones - Coleman
      Title: Teacher / Assisstant Principal powers
      Place of Employment: 1 North Dearborn Suite 900, Chgo, IL 60602

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A.    Name of case and docket number: _____

    B.    Approximate date of filing lawsuit: _____

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D.    List all defendants: _____

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F.    Name of judge to whom case was assigned: _____

    G.    Basic claim made: _____

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

After 3 years of filing grievances for large amounts of special needs students being crammed into my classes above legal percentages, I filed a complaint with the Illinois State Board of Education. For the whole tenure of Principal Ali Muhammad, which will now be 4 full school years, I have endured a number of different harassing actions that denied my students access to a fair and equitable education and prevented me from doing my job unimpeded. When this school year began I had already endured a lot of harassment and retaliation, this year it became exponentially worse. The harassment came mostly from principal Ali Muhammad at first. However as the school year went on it came from a teacher who has administrative powers Mrs. Sheila Jones-Coleman. Once we began to meet about the offences I was grieving, the harassment and retaliation began. Eventually it moved to a point where Mrs. Shelia Jones-Coleman would lead or enact the retaliation while the principal said nothing until I tried to stand up for myself.

4                                                                 Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

usually standing up for myself led to the principal Ali Muhammad threatening to discipline me in some form and fashion.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the court to force the defendants to stop violating the laws pertaining to discrimination, force the defendants to stop retaliatory actions toward me, And to stop the defendants from treating me different when it comes to me exercising rights like the ability to take religious high days off unimpeded. Also I would like to be compensated for the harassment that I have endured. And prior special needs students compensated.

VI. The plaintiff demands that the case be tried by a jury.  ☑ YES  ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 9th day of June, 20 21

_Marvin Bowman_
(Signature of plaintiff or plaintiffs)

_Manvin Bowman_
(Print name)

_____
(I.D. Number)

10555 S. Rhodes
Chicago, IL 60628
(Address)